IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JALYNN TATUM, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-16-0131-HE |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Plaintiff Jalynn Tatum filed this action seeking to appeal the final decision of the Commissioner of the Social Security Administration denying her application for disability insurance benefits under the Social Security Act. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Shon T. Erwin, who recommends the court grant plaintiff's motion for dismissal without prejudice. Objections to the Report and Recommendation were due by June 9, 2016. No objection was filed.

Having failed to object to the Report and Recommendation, the parties have waived their right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Accordingly, the Report and Recommendation [Doc. No. 7] is **ADOPTED** and the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated this 20th day of June, 2016.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE